MID–LOUISIANA GAS COMPANY, et al., Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION, Respondent.

CONSOLIDATED GAS SUPPLY CORPORATION, et al., Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION, Respondent.

Nos. 80–3804, 80–4010.

United States Court of Appeals,
Fifth Circuit.*
Unit A

Aug. 19, 1983.

Donald W. Seeley, Jr., Alan C. Wolf, New Orleans, La., for Mid Louisiana Gas Co.

Peter J. Wall, Denver, Colo., Larry D. Hall, Vice President, Hastings, Neb., William W. Brackett, Daniel F. Collins, Terry O. Vogel, Richard W. Miller, Jr., Brackett & Collins, P.C., Washington, D.C., for Kansas-Nebraska Natural Gas Co.

Kim Martin Clark, William J. Grealis, Akin, Gump, Strauss, Hauer & Feld, Washington, D.C., for Northwest Pipeline Corp.; Donald C. Shepler, Northwest Pipeline Corp., Salt Lake City, Utah, of counsel.

Morris Kennedy, L. Eugene Dickinson, Ashland, Ky., James D. McKinney, Jr., William R. Mapes, Jr., Ross, Marsh & Foster, Washington, D.C., for Kentucky West Virginia Gas Co.

* Former Fifth Circuit case, Section 9(1) of Public Law 96–452—October 14, 1980.

**112**

Charles J. McInerney, Senior Vice President and Gen. Counsel, Detroit, Mich., William W. Brackett, Daniel F. Collins, Terry O. Vogel, Brackett & Collins, P.C., Washington, D.C., for Michigan Wisconsin Pipe Line Co.

Kevin J. Lipson, Karol Lyn Newman, John E. Holtzinger, Jr., Morgan, Lewis & Bockius, Washington, D.C., for Consol. Gas Supply Corp.

Jerome Nelson, Sol. and Acting Gen. Counsel, Auburn L. Mitchell, Susan Tomasky, Washington, D.C., for F.E.R.C.

Arnold D. Berkeley, Richard I. Chaifetz, Bruce J. Wendel, Washington, D.C., for Arizona Elec. Power Co-op. Inc.

George J. Meiburger, Frank X. Kelly, Washington, D.C., John B. Will, Deborah K. Vinson, Omaha, Neb., for Northern Natural Gas Co.

Philip J. Mause, Norman A. Pedersen, Kadison, Pfaelzer, Woodward, Quinn & Rossi, Washington, D.C., for Public Service Com'n of Wisconsin; Steve Schur, Public Service Com'n of Wisconsin, Madison, Wis., of counsel.

Frank J. Kelley, Atty. Gen., Robert Derengoski, Sol. Gen., Lansing, Mich., Ronald D. Eastman, Jeffrey D. Komarow, Cadwalader, Wickersham & Taft, Washington, D.C., for State of Mich. and the Michigan Public Service Com'n.

Peter H. Schiff, Gen. Counsel, Albany, N.Y., Alexander M. Peters, Wilner & Scheiner, Richard A. Solomon, Washington, D.C., for Public Service Com'n of State of N.Y.

Philip C. Wrangler, Houston, Tex., for Exploration and Production Div. of Southern Natural Gas Co.

William M. Lange, P. Michael Koenig, Colorado Springs, Colo., for Colorado Interstate Gas Co.

Richard C. Green, C. Frank Reifsnyder, Hogan & Hartson, Washington, D.C., Richard Owen Baish, Donald J. MacIver, Jr., Scott D. Fobes, Dennis J. Dwyer, El Paso, Tex., Raymond N. Shibley, Brian D. O'Neill, George M. Knapp, LeBoeuf, Lamb, Leiby & MacRae, Washington, D.C., for El Paso Nat. Gas Co., Miriam Vogel Gold, CIBA–GEIGY Corp., Ardsley, N.Y., of counsel.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before CHARLES CLARK, GARZA and SAM D. JOHNSON, Circuit Judges.

PER CURIAM:

These causes are remanded to the Federal Energy Regulatory Commission for further proceedings consistent with the opinion of the Supreme Court of the United States dated June 28, 1983, in Cause No. 81–1889, *Public Service Commission of the State of New York v. Mid-Louisiana Gas Co.*, et al. —— U.S. ——, 103 S.Ct. 3024, 77 L.Ed.2d 668.